379 A.2d 598

Commonwealth v. Malcolm, Appellant.

Submitted April 11, 1977. Gerald P. Neugebauer, Jr., Assistant Public Defender, for appellant; Dennis M. McGlynn, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed. HOFFMAN, J., dissents based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 599

Commonwealth v. Martin, Appellant.

Submitted December 6, 1976. Roy H. Davis, for appellant; Shelley Robins New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.